Ocala Foundry and Machine Works, a corporation under the laws of Florida, Appellant, vs. Piedmont Phosphate Company, a corporation under the laws of Florida, James M. Graham and the Alachua Phosphate Company, a corporation under the laws of Florida, Appellees.

Appeal from Circuit Court, Marion county; William A. Hocker, Judge.

*John G. Reardon,* for Appellant.

*Anderson & Hocker,* for Appellees.

Memorandum Decisions.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants and the complainant appeals. The appeal is dismissed on account of defective entry of appeal.

Decision Per Curiam.